**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00083-CR

**SHAMONT DESMOND SMALL,, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-26251-W**

## ORDER

On April 27, 2012, the appeal was abated for findings regarding appellant's brief. On May 15, 2012, the Court granted appellant's motion to extend time to file his brief and ordered the brief filed as of the date of that order. The May 15, 2012 order, however, did not formally reinstate the appeal. Accordingly, we **DIRECT** the Clerk to show the appeal is reinstated as of May 15, 2012.

/s/     DAVID EVANS
         JUSTICE